5/28/08
2:30 p.m.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  :  Hon.

v.  :  Criminal No. 08-388 (GEB)

DOMINIC DELUCA  :  SEALING ORDER

:

This matter having come before the Court upon the application of the United States of America (David E. Malagold, Assistant U.S. Attorney, appearing), for an arrest warrant, and its concurrent application that the Indictment filed against the person named in the warrant be filed under seal, and good cause having been shown,

IT IS, on this 2Y day of May, 2008

ORDERED that, except for such copies of the arrest warrant as are necessary to accomplish its purpose, the Indictment and all other documents filed in this matter be and hereby are SEALED until the arrest warrant is executed or until further order of the Court.

HON. Claire Cecchi
United States Magistrate Judge